IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00169-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

4.     ARTURO JUNIOR BARRAZA,

       Defendant.

---

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT ARTURO JUNIOR BARRAZA**

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Superseding Indictment returned on July 9, 2012;

THAT a Preliminary Order of Forfeiture was entered on August 15, 2013;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT no Petition for Ancillary Hearing has been filed by any petitioner, and the deadline for so doing has expired;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

2

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

    a.    $5,560.00 in United States currency;

THAT the United States shall have full and legal title to the forfeited property pursuant to 21 U.S.C. § 853, and may dispose of it in accordance with law;

SO ORDERED this 5th day of February, 2014.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Court Judge